

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-18-1995

# Chemetron Corp. v. Jones

Precedential or Non-Precedential:

Docket 94-3371

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Chemetron Corp. v. Jones" (1995). *1995 Decisions*. Paper 311.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/311

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 94-3371


CHEMETRON CORPORATION

v.

PHYLLIS JASKEY JONES; PAMELA JO SWANSINGER;
SANDRA JASKEY HUJARSKI; PATRICIA HUJARSKI;
TERESA HUJARSKI ROSS; JANICE JASKEY BUTVIN;
FRANK BUTVIN; ROBERT BUTVIN; BRIAN BUTVIN;
SUSAN BUTVIN; WALTER ANIELSKI; ARLENE VANS;
YVONNE VANS BEKOSCKE; ANTHONY VANS; GREGORY
VANS; CAROL SCHULTZ; MARY SHAFFER; BRITTANY
CULL; STEPHANIE SCHAFFER,

Appellants.


On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 93-cv-01582)


BEFORE:  SCIRICA, ROTH and SAROKIN, <u>Circuit Judges</u>


Argued on February 3, 1995


<u>O R D E R</u>

IT IS ORDERED that the slip opinion in the above case,

filed on December 18, 1995, be amended as follows:


On page 15, line 16, delete the word "known" and
replace it with the word "unknown".  The full

sentence should now read:

For these reasons, we will affirm
the district court's rulings that
claimants were unknown creditors
and that Chemetron's publication
notice was sufficient.


                                    /s/  Jane R. Roth
                                       Circuit Judge
_____


Dated:  December 21, 1995